IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA BARRY, ) <br> ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROLLINS, INC. ) <br> ) <br> ) <br> ) <br> ) <br> Defendant. ) | CASE NO.: <br> 1:14-CV-2561-RWS |

## ORDER

This matter is before the Court on a Joint Motion for Review and Approval of the Parties' Settlement Agreement and Full and Final Release of All Claims. The Court finds that Plaintiff's claims include disputes over compliance with the provisions of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* Upon review of the proposed Release, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore it is **ORDERED, HELD, and ADJUDGED** that:

  1. The Parties' Joint Motion for Review and Approval of Settlement

Agreement and Full and Final Release of All Claims is **GRANTED**.

2. The Parties' Settlement Agreement and Full and Final Release of All Claims is **APPROVED**.

IT IS SO ORDERED, this the 23rd day of _____ 2014.

Honorable Richard W. Story
United States District Judge